ALDEN W. YOUNG, Respondent, *v.* MAURICE BARRY, as Chief Engineer of Subdivision 152 of the Grand International Brotherhood of Locomotive Engineers, Appellant.

*Young* v. *Barry,* 102 App. Div. 620, affirmed.
(Argued June 6, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 11, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*S. M. Coon* for appellant.

*F. T. Cahill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.